**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **DAVON ELLIS, AIS #234394,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO:** |
| | ) | **1:21-CV-13-WS-MU** |
| **LT. MCKINSEY, individually, CAPT. SMITH,** | ) | |
| **individually, SGT. MANUEL, individually,** | ) | |
| **NURSE JOHN DOE, individually,** | ) | |
| **LT. BROWN, individually,** | ) | |
| **WARDEN AT WILLIAM C. HOLMAN,** | ) | |
| **In his individual and official capacity,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Defendants in this case, by and through the Attorney General for the State of Alabama, and the Plaintiff's counsel, Terrell E. McCants, respectfully submit this Joint Stipulation of Dismissal with Prejudice, wherein the parties represent that this matter has been fully resolved pursuant to the terms set forth in the Full and Final Settlement Agreement and Release, which has been signed by the parties. The parties therefore seek a Court Order dismissing this case with prejudice.

Respectfully submitted on January 30, 2023.

/s/ J. Matt Bledsoe
J. Matt Bledsoe
Assistant Attorney General
Counsel for the Defendants
Office of the Attorney General
501 Washington Avenue
Montgomery, AL 36130-0152
334-242-7300 (T)
334-353-8400 (F)
Matt.Bledsoe@AlabamaAG.gov

/s/ Terrell E. McCants*
Terrell E. McCants
Civil Rights Law Group, LLC
Counsel for Plaintiff
Post Office Box 170092
Birmingham, AL 35217
205-771-4999 (T)
205-771-4992 (F)
tmccants@thecivilrightslawgroup.com

*WITH PERMISSION

1